# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

| | |
|---|---|
| **Hugo Soares** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-05262-TWT |
| | ) |
| | ) |
| **Bitpay, Inc.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Sonia L. Daniels, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to BitPay, Inc. in Gwinnett County, GA on January 11, 2024 at 2:26 pm at 2 Sun Court Northwest, Suite 400, Peachtree Corners, GA 30092 by leaving the following documents with Alisha Smith who as CSC Coordinator at Corporation Service Company is authorized by appointment or by law to receive service of process for BitPay, Inc. .

Complaint
Summons

Black or African American Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.9679255552,-84.2272323817
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Gwinnett County_____,

___GA_____ on ___1/14/2024_____.

/s/ *Sonia L. Daniels*
_____
Signature
Sonia L. Daniels
+1 (770) 895-9933

